UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 22, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                                )<br>         Plaintiff,                               )<br>v.                                                              )<br>                                                                )<br>THOMAS JOPSON,                             )<br>         Defendant.                           )<br>                                                                ) | Case No. MAG. 11-0176-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release THOMAS JOPSON, Case No. MAG. 11-0176-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____     Release on Personal Recognizance

  X       Bail Posted in the Sum of: $100,000.00.

        X    Unsecured Appearance Bond (Interim)

        X    Secured Appearance Bond

        X    (Other) Conditions as stated on the record.

        X    (Other) Secured bond paperwork to be filed by 07/06/2011.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/22/2011  at 3:25 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge